IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF ) <br> SALLY A. FRICK, ATTORNEY ) <br> REGISTRATION NUMBER 27672, A ) <br> MEMBER OF THE BAR OF THE UNITED ) <br> STATES DISTRICT COURT FOR THE ) <br> WESTERN DISTRICT OF ) <br> PENNSYLVANIA ) | Misc. No. 25-mc-1125 |

## **ORDER**

WHEREAS, after Attorney Frick was transferred to inactive status for an indefinite period by order of the Supreme Court of Pennsylvania dated October 1, 2025, entered in Disciplinary Proceeding Number 120 DB 2025, this Court issued an Order to Show Cause dated October 9, 2025, which afforded Attorney Frick an opportunity, in accordance with this Court's Local Rules, to show good cause why an identical order transferring her to inactive status should not be entered by this Court (ECF #1); and

WHEREAS Attorney Frick sent a document entitled "Answer to Rule to Show Cause," and dated November 2, 2025, to the undersigned, in which Attorney Frick acknowledges that she "is on inactive status with the Commonwealth of Pennsylvania" and "agrees to commensurate inactive status with this court" (ECF #2).

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Frick is reciprocally placed on inactive status with the Bar of the United States District Court for the Western District of Pennsylvania;

IT IS FURTHER ORDERED that the Clerk of Court shall confirm that Attorney Frick's CM/ECF User Accounts remain suspended, she having been previously reciprocally administratively suspended from the Bar of this Court, In re: Reciprocal Administrative

Suspension Attorneys Admitted to the Bar of this Court, 2:22-mc-698 (ECF Nos. 18, 28), and that Attorney Frick be identified as being inactive in the Court's attorney admission records; and

IT IS FINALLY ORDERED that any Attorney who seeks reinstatement to practice before this Court must file a Petition for Reinstatement with the Clerk of Court. LCvR 83.3G. Because suspension of Attorney Frick's CM/ECF User Account will prevent her from filing documents electronically, Attorney Frick will be required to submit all papers for filing to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents cannot be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Frick via First Class Mail sent to the mailing address on record with the Pennsylvania Disciplinary Board, which is the same address provided in her Answer, ECF #2, and by electronic mail sent to the primary email address associated with Attorney Frick's CM/ECF user account, which is the same address provided in her Answer, ECF #2.

Dated:  November 18, 2025                     */s/ Mark R. Hornak*
                                              Mark R. Hornak
                                              Chief United States District Judge